UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Tracy O'Neal Gillette, Jr.,

       Plaintiff,

vs.                                          ORDER

Dakota County, P.D.,

       Defendant.                     Civ. No. 06-1282 (DSD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter,

**IT IS ORDERED:**

1. That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated April 6, 2006, and for failure to prosecute.

2. That the Plaintiff's Application to proceed <u>in forma pauperis</u> [Docket No. 2] is denied, as moot.

                                                      s/David S. Doty
                                                      David S. Doty, Judge
                                                      United States District Court

DATED: June 15, 2006
At Minneapolis, Minnesota